In the Matter of the Application of H. C. ROBERTS ELECTRIC SUPPLY Co., INC., to Substitute MACKENZIE, SMITH, LEWIS & MICHELL as Attorneys of Record for

the Plaintiff in the Place of WALDO WESTON, Esq., Its Attorney of Record in the Action Entitled: New York Supreme Court, Hamilton County, H. C. ROBERTS ELECTRIC SUPPLY Co., INC., v. BEECHER WILSON and Others.— Appeals dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.